# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HODSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIGHT HOUSE NETWORKS, LLC, et al.,<br><br>    Defendants. | Case No. 1:12-CV-01580 AWI JLT<br><br>**ORDER THAT JOSEPH SIPRUT AND ALEKSANDRA VOLD FILE PROOF OF GOOD STANDING**<br><br>(Docs. 17, 18) |

On February 5, 2013, attorneys Joseph Siprut and Aleksandra Volt filed applications to appear pro hac vice as counsel for Plaintiff, Robert Hodson, pursuant to the provision of Local Rule 180(b)(2). (Docs. 10, 11)  Although both attorneys asserted that attached to their applications were certificates demonstrating they were in good standing in their state courts of primary practice (Doc. 17 at 2; Doc. 18 at 2), both failed to attach the certificates.

Therefore, within five court days, counsel Siprut and Volt **SHALL** file the required certificates. L.R. 180(b)(2).

IT IS SO ORDERED.

Dated:   **February 6, 2013**                             **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE