IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HODSDON, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br>BRIGHT HOUSE NETWORKS, LLC,<br>　　　　　Defendants. | 1:12-cv-1580  AWI JLT<br><br>ORDER VACATING FEBRUARY 25, 2013 HEARING DATE AND REFERRING MATTER TO THE MAGISTRATE JUDGE |

　　　This is a class action case.  Currently pending before the Court is Defendant's motion to compel arbitration and, in the alternative, to dismiss.  Hearing on this matter is set for February 25, 2013.  The court finds that the pending motion should be referred to the Magistrate Judge for Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1).

　　　Accordingly, it is HEREBY ORDERED that:

1.　　The pending motion to compel arbitration, or alternatively to dismiss, is REFERRED to Magistrate Judge Thurston; and

2.　　The February 25, 2013, hearing date is VACATED.

IT IS SO ORDERED.

Dated:　February 21, 2013

　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE