UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HODSDON, on behalf of himself and all others similarly situated,<br><br>             Plaintiff,<br><br>     v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>             Defendant. | Case No.: 1:12-cv-01580 - AWI - JLT<br><br>ORDER CONTINUING THE SCHEDULING CONFERENCE TO APRIL 9, 2013 AT 9:30 A.M.<br><br>(Doc. 27) |

On February 27, 2013, the parties filed a stipulation to continue the scheduling conference. (Doc. 27). Good cause appearing, **IT IS HEREBY ORDERED**: the scheduling conference is continued from March 21, 2013, to **April 9, 2013, at 9:30 a.m.** The parties **SHALL** file a joint scheduling report on or before **April 2, 2013**.

IT IS SO ORDERED.

Dated:   **February 28, 2013**            **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE

1